## C. C. Daniels v. The State.

### No. 9502.    Delivered Oct. 7, 1925.

**Sale of Intoxicating Liquor—Appeal Dismissed.**

Upon the written request of the appellant, duly verified, the appeal is missed.

Appeal from the District Court of Kerr County.    Tried below before the Hon. R. H. Burney, Judge.

Appeal from a conviction for the sale of intoxicating liquor, penalty one year in the state penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant Attorney, for the State.

MORROW, Presiding Judge.—The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified, the appeal is dismissed.

*Dismissed.*